IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, A SEX TRAFFICKING SURVIVOR<br>   *Plaintiff,*<br><br>v.<br><br>BACKPAGE.COM, LLC AND MICHAEL LACEY; JAMES LARKIN; JOHN BRUNST; SCOTT SPEAR AND CARL FERRER<br>   *Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 3:23-cv-00508 |

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

After considering Plaintiff's Motion for Substitute Service and the supporting affidavit, the Court finds that Plaintiff's attempts to serve Defendant have been unsuccessful despite Plaintiff's due diligence and that the substitute service requested in Plaintiff's motion will be reasonably effective to give James Larkin notice of the suit.

Therefore, the Court hereby GRANTS the Motion and authorizes substitute service on the Defendant by personal delivery of the complaint and a copy of this order to anyone older than sixteen years of age or by leaving the complaint and a copy of this order on the door at **5555 N Casa Blanca Dr. Paradise Valley, AZ 85253.**

SIGNED May 1, 2023.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE