AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00508-N |
| | ) |
| Backpage.com LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** James Larkin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Lannie Kelly
11606 N IH-35
Austin, TX 78753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Came to hand on 03-10-2023 @ 12:25 P.M.**

**DRLS**
516 West Annie St.
Austin, Texas 78704
2300-5

DATE: 03/07/2023

CLERK OF COURT

RETURN ATTACHED

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the Northern District of Texas

| | |
|---|---|
| Doe<br>*Plaintiff*<br><br>v.<br><br>Backpage.com LLC et al<br>*Defendants* | Civil Action No. 3:23-cv-00508-N<br><br>PROOF OF SERVICE AFFIDAVIT |

Before me, the undersigned authority, personally appeared Tonya Arruda, to me well known, after being duly sworn, did depose and say:

"My name is Tonya Arruda. I am not less than eighteen (18) years of age and not a party to or interested in the outcome of the above styled and numbered suit.

Came to hand on the 10th day of March, 2023, at 12:25 p.m., Summons In A Civil Action with Plaintiff's Original Complaint attached, for service on James Larkin, Defendant.

Executed by me at 5555 CN Case Blanca Drive, Paradise Valley, Arizona 85253 on the 2nd day of May 2023, at 10:45 a.m., by delivering to James Larkin a true copy of the above specified civil process, with the Order On Plaintiff's Motion For Substituted Service attached, by affixing to the front door of said address having first endorsed thereupon the came to hand date and time and the date of delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: ___Tonya Arruda___

Service Fee $ 232.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Texas 78704
re: 2300-5/Carlson

VERIFICATION
STATE OF ARIZONA

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the ___5/17___ day of May 2023.

Notary Public in and for the State of Arizona
Form Pursuant To FRCP 4(l)(1)]

OFFICIAL SEAL
CRAIG PODGURSKI JR
NOTARY PUBLIC - ARIZONA
ARIZONA COUNTY
COMM # 593983
My Comm Expires 12/15/2024