IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, A SEX TRAFFICKING SURVIVOR<br>　　*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:23-cv-00508 |
| | § | |
| BACKPAGE.COM, LLC AND MICHAEL LACEY;  JAMES LARKIN; JOHN BRUNST; SCOTT SPEAR AND CARL FERRER<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF APPEARANCE AND DESIGNATION OF
## LEAD COUNSEL FOR NICHOLAS MERZ

Notice is hereby given that Nicholas Merz of THE CARLSON LAW FIRM, 10101 Quaker Avenue, Lubbock, Texas 79424, appears as counsel for Plaintiff, in the above-styled and numbered cause. Further, Nicholas Merz is henceforth designated as lead counsel for Plaintiff.

L. Todd Kelly was previous lead counsel and is no longer with THE CARLSON LAW FIRM and should be removed as counsel of record. Request is hereby made that service of all pleadings, correspondence, notices, etc., be made upon Nicholas Merz of THE CARLSON LAW FIRM.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　THE CARLSON LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　10101 Quaker Avenue
　　　　　　　　　　　　　　　　　　Lubbock, Texas 79424
　　　　　　　　　　　　　　　　　　Phone: 806-401-0500
　　　　　　　　　　　　　　　　　　Fax: 806-412-5566

　　　　　　　　　　　By:　　*/s/ Nicholas P. Merz*
　　　　　　　　　　　　　　　Nicholas P. Merz
　　　　　　　　　　　　　　　Texas Bar No. 24107863
　　　　　　　　　　　　　　　NMerz@carlsonattorneys.com
　　　　　　　　　　　　　　　BillRossickEfile@carlsonattorneys.com

　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document was served in accordance with Texas Rules of Civil Procedure Rule 21 and 21a upon all counsel of record on this the 14th day of February 2025, as follows:

*Via Efile: rrowe@ccsb.com & markcastillo@ccsb.com*
Robert Rowe
Mark A. Castillo
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP
901 Main Street
Suite 5500
Dallas, TX 75202
214-855-3103
214-855-3102
FAX: 214-580-2641

**ATTORNEYS FOR DEFENDANTS**

                */s/ Nicholas P. Merz*
                Nicholas P. Merz